**Electronically Filed
Supreme Court
24997
18-MAR-2021
08:46 AM
Dkt. 11 ORD**

NO. 24997

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

IN RE: CLINTON ANDREW ENGLEHART (Deceased, Bar No. 2462)

ORIGINAL PROCEEDING

ORDER

(By: Recktenwald, C.J., Nakayama, McKenna, Wilson, and Eddins, JJ.)

Upon consideration of the March 2, 2021 motion, filed by Bradley Tamm as Trustee Administrator at the Office of Disciplinary Counsel (ODC), pursuant to Rule 2.20 of the Rules of the Supreme Court of the State of Hawai'i (2021), to securely destroy the remaining, unclaimed original documents culled from the files of the practice of deceased attorney Clinton Andrew Englehart, and upon a review of the record in this matter, we conclude that, in light of the passage of time, the previous efforts to contact former clients, and the age of the documents in question, granting the motion is warranted. Therefore,

IT IS HEREBY ORDERED that the motion is granted. Tamm may, at his discretion, proceed with the secure destruction of the remaining client documents in this trusteeship.

DATED: Honolulu, Hawai'i, March 18, 2021.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Todd W. Eddins

